UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MANOSHA G., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00004-TAB-MPB |
| | ) |
| FRANK BISIGNANO Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court, having found in favor of Defendant Frank Bisignano and against Plaintiff Manosha G., enters judgment in favor of Defendant and against Plaintiff. Accordingly, Plaintiff shall take nothing by way of Plaintiff's complaint. The decision of the Commissioner is affirmed.

Date: 9/18/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: ___Denise M Brown___
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email